UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>MICHELINE DUCENA<br><br>Debtor. | Case No. 1:26-cv-01168 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied.  *See* 28 U.S.C. § 1915.  Appellant's submission, Dkt. 2, fails to fully answer question 3 and does not answer question 4 through 8.  Appellant is therefore directed to resubmit a fully populated Application to Proceed Without Prepaying Fees or Costs.

The Clerk of Court is respectfully directed to mail a copy of this Order to Appellant at the address listed on the docket, as well as email a courtesy copy to Appellant's email address, alainwayoub@gmail.com.

Dated:  May 26, 2026
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge