UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>MICHELINE DUCENA<br><br>　　　　　　　Debtor. | Case No. 1:26-cv-01168 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

Appellant Micheline Ducena ("Appellant" or "Ducena") brings this action *pro se*.  On April 27, 2026, Ducena sought an extension of time to file her opening brief.  Dkt. 5.  The Court granted Ducena's request, Dkt. 6, but service of the order at Ducena's provided address proved unsuccessful.  The mailed materials were returned as "not deliverable," with no forwarding address.

Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented.  The paper must state the signer's address, email address, and telephone number."  Fed. R. Civ. P. 11(a).  Moreover, a standing order in this district provides that "[i]t is a party's obligation to provide an address for service . . . ."  *In Re: Cases Filed By Pro Se Plaintiffs*, *This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024) ("Standing Order"); *see also Electronic Case Filing Rules*, Rule 8.2 ("Electronically filed documents must include a signature block and must set forth the name, address, telephone number and e-mail address all in compliance with the Federal Rules of Civil Procedure and Local Civil Rule 11.1.").

Appellant is directed, by **June 9, 2026**, either (1) to sign and submit the Notice of Change of Address with a current address, or (2) to consent to accept electronic service of documents in

this case.[1]   If Appellant submits the Notice of Change of Address or Consent to Electronic Service, the form must be labeled with docket number 26-cv-01168 (JLR).

If Appellant fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.   *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Clerk of Court is respectfully directed to transmit a copy of this order to Appellant at both her recent mailing address (325 E 25 St. #404 New York, NY 10010) and email address (alainwayoub@gmail.com).

Dated: May 26, 2026
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

---

[1]  If Appellant consents to accept electronic service, Appellant will no longer receive copies by postal mail.

2